## BARBER ASPHALT PAVING COMPANY v. ESS et al., Appellants.

### In Banc, November 13, 1900.

Appeal from Jackson Circuit Court.—*Hon. J. H. Slover, Judge.*

AFFIRMED.

*Ess & Georgen* and *Gage, Ladd & Small* for appellants.

*Scarritt, Griffith & Jones* for respondent.

GANTT, C. J.—This case was submitted on the same argument and along with Barber Asphalt Paving Co. v. French et al., page 534, this volume. For the reasons therein given the judgment of the circuit court of Jackson county is affirmed.

All concur, except *Burgess, J.,* absent.